IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01281-JLK-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

100.86 ACRES OF LAND, MORE OR LESS, LOCATED IN LA PLATA COUNTY, STATE OF COLORADO; and
MOBILE PREMIX CONCRETE, INC.;
RALPH WHEELER;
BESSIE WHEELER;
BERTRAM COLLYER;
ADELTHA W. COLLYER;
LA PLATA COUNTY TREASURER; and
UNKNOWN OWNERS, if any,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER comes before the Court upon the Motion to Withdraw Appearance as Counsel for Defendants ("Motion") and, the Court having reviewed the Motion, the Court file, and being otherwise advised in the premises, it is hereby

ORDERED that the Motion is GRANTED. Movants, K. C. Groves, D. Monte Pascoe and Ireland, Stapleton, Pryor & Pascoe, P.C., are hereby granted leave to withdraw as counsel for Defendant Mobile Premix Concrete, Inc., effective as of the date of this Order.

DONE this day of _9th of August_, 2005.

BY THE COURT:

_Gudrun Rice_
~~District Court Judge~~
US Magistrate Judge