IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **03-cv-1281-JLK-GJR**

**UNITED STATES OF AMERICA**,

                    Plaintiff,

v.

**101.47 ACRES OF LAND, more or less,
LOCATED IN LA PLATA COUNTY,
STATE OF COLORADO; and**

**LAFARGE WEST, INC., MOBILE
PREMIX CONCRETE, INC., et al.,**

                    Defendants.

---

**ORDER**

---

Kane, J.

The motion of Defendants Lafarge West, Inc. and Mobile Premix Concrete, Inc. (collectively the "Lafarge Defendants") for Certification of Issue for Appeal Under Fed. R. Civ. P. 54(b), filed July 28, 2005, is GRANTED. The Clerk of this Court is directed to enter final judgment with respect to the Order of January 18, 2005, which granted summary judgment for the Lafarge Defendants and against Defendants Ralph E. Wheeler, Bessie Wheeler, Bertram Collyer, Adeltha W. Collyer, C.E. Wheeler, Celia Wheeler, Wheeler One Trust and Collyer Family Trust (collectively the "Wheeler Defendants") on the Wheeler Defendants' claim to compensation based on their

conditional royalty reservation. I find there is no just reason for delay in making this judgment final.

Dated: August 29, 2005

BY THE COURT:

__S/John L. Kane__
John L. Kane, Senior Judge
United States Senior District Court