IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01281-JLK-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

101.47 ACRES OF LAND, more or less, located in
    La Plata County, State of Colorado; and
LAFARGE WEST, INC.
MOBILE PREMIX CONCRETE, INC.;
RALPH E. WHEELER;
BESSIE WHEELER;
BERTRAM COLLYER;
ADELTHA W. COLLYER;
C.E. WHEELER;
CELIA WHEELER;
WHEELER ONE TRUST
COLLYER FAMILY TRUST
LA PLATA COUNTY TREASURER; and
UNKNOWN OWNERS, if any

    Defendants.

---

## ORDER APPROVING STIPULATION AND GRANTING JOINT MOTION FOR DISBURSEMENT OF FUNDS AND DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation and Joint Motion for Disbursement of Funds and Dismissal with Prejudice (the "Stipulation and Joint Motion") filed by Plaintiff United States of America ("United States") and Defendants Lafarge West, Inc. and Mobile Premix Concrete, Inc. ("Lafarge"); Defendants Ralph E. Wheeler, Bessie Wheeler, Bertram Collyer, Adeltha Collyer, C.E. Wheeler, Celia Wheeler, Wheeler One Trust and Collyer Family Trust (the "Wheeler Defendants") and Defendant La Plata County Treasurer ("La Plata").  The Court, having reviewed the Stipulation and Joint Motion, hereby approves the stipulation, grants the Joint Motion, and **ORDERS** as follows:

    The Clerk of the Court shall disburse the funds deposited in the Registry of the Court

by Plaintiff United States in connection with the above-captioned action as follows: Disbursement to the Wheeler Defendants shall be in the principal amount of One Hundred Seventy-Five Thousand Dollars ("$175,000.00"), plus pro-rated interest on that amount, less the Court Registry fee assessment, calculated from September 21, 2005 through the date of the disbursement. Such disbursement shall be made payable to Murray Dahl Kuechenmeister & Renaud, LLP Trust Account sent c/o of Malcolm Murray, Esq., Murray Dahl Kuechenmeister & Renaud, LLP, 2401 15th Street, Suite 200, Denver, Colorado 80202. The balance of the remaining principal in the amount of Nine Hundred Forty-Five Thousand Dollars ($945,000.00), plus the remaining interest, less the Court registry fee assessment, shall be disbursed to Lafarge. Such disbursement shall be made payable to Lafarge West, Inc., sent c/o Kenneth K. Skogg, Lowe, Fell & Skogg, LLC, 370 Seventeenth Street, Suite 4900, Denver, Colorado 80202.

Upon disbursement of the funds as set forth herein, this action shall be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

**SO ORDERED** this 21st day of March, 2006.

**BY THE COURT**:

S/John L. Kane
U.S. District Court Judge